IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **INNOVATION X OF MICHIGAN INC,** a Michigan Corporation, **and** **CINDY ROSS, individually,** Plaintiffs, v. **AMAZON.COM, INC.,** a Delaware Corporation, Defendant. | CASE NO.: 3:23-cv-880 |

**STIPULATION OF DISMISSAL**

Plaintiffs, Innovation X of Michigan Inc., and Cindy Ross ("Plaintiffs") and Defendant Amazon.com, Inc. ("Defendant"), have reached an agreement that resolves all issues between them as it relates to the matters asserted in this lawsuit.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), Plaintiffs and Defendant together hereby stipulate to the dismissal with prejudice of all claims made by Plaintiffs against Defendant, with each party bearing its own costs and attorneys' fees.

Dated this 12th day of February, 2024.

Respectfully and Jointly Submitted:

/s/ *Andrew J. Chabot*  
Andrew J. Chabot (#34537-71)  
achabot@bhlawyers.net  
Michael D. Marston (#26875-71)  
mmarston@bhlawyers.net  
Botkin & Hall, LLP  
1003 N. Hickory Road  
South Bend, IN 46615  
Tel: (574) 234-3900  
Fax: (574) 236-2839  

*Attorneys for Plaintiffs,*  
*Innovation X of Michigan, Inc. and*  
*Cindy Ross*

/s/ *J. Christopher Carraway*  
J. Christopher Carraway (Pro Hac Vice)  
Klarquist Sparkman, LLP  
121 S.W. Salmon Street, Suite 1600  
Portland, OR 97204  
(503) 595-5300 (telephone)  
(503) 595-5301 (facsimile)  
chris.carraway@klarquist.com  

John D. LaDue (19039-71)  
Paul Edgar Harold (25917-71)  
Patrick J. O'Rear (36270-71)  
SouthBank Legal  
100 East Wayne Street, Suite 300  
South Bend, IN 46601  
(574) 968-0760 (telephone)  
(574) 968-0761 (facsimile)  
jladue@southbank.legal  
pharold@southbank.legal  
porear@southbank.legal  

*Attorneys for Defendant,*  
*Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February 2024, service of a true and complete copy of the attached and foregoing STIPULATED DISMISSAL was made upon all counsel of record through CM/ECF filing.

/s/ *Andrew Chabot*  
Andrew J. Chabot